**No. 57735.**—Carey & Skinner, Inc. *v.* United States, protest 156173–K (Buffalo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of hair-on leather, a side upper leather made from calfskins, not in a form or shape suitable for conversion into footwear, the same in all material respects as that the subject of *Carey & Skinner, Inc.* v. *United States* (29 Cust. Ct. 8, C. D. 1436), the claim of the plaintiff was sustained as to entries 8253 and 8419. Insofar as the protest relates to entry 6708, it was dismissed as to said entry in *Carey & Skinner, Inc.* v. *United States* (31 Cust. Ct. 90, C. D. 1549).

**No. 57736.**—Standard Food Products Corp. *v.* United States, protest 201900–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as "manifested not found" were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 57737.**—New York Merchandise Co., Inc. *v.* United States, protest 207978–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of tennis rackets, in cases 1/R 2349/64, which the inspector reported "not landed— not found," was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found. The protest was sustained to this extent.

**No. 57738.**—Hal Craig *v.* United States, protest 148353–K (Honolulu).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.